BERTHA HERNANDEZ, as Executrix, etc., of JOSEPH E. HERNANDEZ, Deceased, and Another, Appellants, v. BROOKDALE MILLS, INC., Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.